J-S47010-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| ESTATE OF: J.L.C., AN ALLEGED INCAPACITATED PERSON | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| APPEAL OF: J.F. | : | |
| | : | |
| | : | No. 503 EDA 2023 |

Appeal from the Order Entered January 24, 2023
In the Court of Common Pleas of Delaware County
Orphans' Court at No: 0296-2020-O

BEFORE: STABILE, J., KUNSELMAN, J., and STEVENS, P.J.E.[*]

JUDGMENT ORDER BY STABILE, J.: **FILED JULY 22, 2024**

Appellant, J.F., appeals from the January 24, 2023 amended decree. We dismiss this appeal as moot.

Appellant is the daughter of J.L.C., the alleged incapacitated person in this matter. An appeal from the January 24, 2023 amended decree also is pending before this court in a related appeal at docket number 502 EDA 2023. For the reasons explained in our opinion at number 502 EDA 2023, we have vacated the January 24, 2023 decree and remanded for further proceedings. Our disposition of the appeal at number 502 EDA 2023 resolves the substantive issues Appellant raises here and leaves no further case or controversy to be addressed. We therefore dismiss this appeal as moot. ***See***

_____

[*] Former Justice specially assigned to the Superior Court.

*Association of Pennsylvania State College and Univ. Faculties v. Pennsylvania. Labor Relations Bd.*, 8 A.3d 300, 305 (Pa. 2010) (noting that courts will not decide a moot case because the law requires an actual controversy).

Appeal dismissed.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 7/22/2024